| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12562-AMC

ROBERT BERNATOVICH
4610 LONGSHORE AVENUE
PHILADELPHIA  PA    19135

Petition Filed Date: 04/22/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 11/06/2019

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $575.00 | 28143140027 | 09/12/2022 | $575.00 | 28143143796 | 10/11/2022 | $575.00 | 28464050632 |
| 11/14/2022 | $575.00 | 28464055795 | 12/13/2022 | $575.00 | 28464064154 | 01/11/2023 | $575.00 | 28464065897 |
| 02/07/2023 | $575.00 | 28464079544 | 03/14/2023 | $580.00 | 28464083550 | 04/11/2023 | $600.00 | 28464094912 |
| 05/15/2023 | $600.00 | 28833551291 | 06/13/2023 | $600.00 | 28833562732 | 07/14/2023 | $600.00 | 28833565882 |

**Total Receipts for the Period: $7,005.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,740.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,083.61 | $397.83 | $685.78 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,539.47 | $565.21 | $974.26 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $3,197.13 | $1,173.83 | $2,023.30 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,168.41 | $428.96 | $739.45 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $410.47 | $150.73 | $259.74 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $570.70 | $209.55 | $361.15 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $908.22 | $333.50 | $574.72 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $941.41 | $345.63 | $595.78 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $2,160.71 | $793.30 | $1,367.41 |
| 10 | VALLEY NATIONAL BANK<br>»» 010 | Secured Creditors | $11,296.62 | $11,296.62 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,490.48 | $547.26 | $943.22 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $494.58 | $181.55 | $313.03 |
| 13 | MERRICK BANK<br>»» 013 | Unsecured Creditors | $975.85 | $358.26 | $617.59 |
| 14 | PHH MORTGAGE SERVICES<br>»» 014 | Mortgage Arrears | $610.70 | $610.70 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,274.63 | $835.11 | $1,439.52 |

**Chapter 13 Case No. 19-12562-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $6,344.37 | $2,329.38 | $4,014.99 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,792.08 | $657.94 | $1,134.14 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $829.90 | $304.68 | $525.22 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $510.31 | $187.36 | $322.95 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $3,267.86 | $1,199.78 | $2,068.08 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $255.83 | $255.83 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,740.00 | Current Monthly Payment: | $575.00 |
| Paid to Claims: | $27,163.01 | Arrearages: | $16.25 |
| Paid to Trustee: | $2,576.99 | Total Plan Base: | $34,931.25 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.