United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12562-amc |
| Robert Bernatovich | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Bernatovich, 4610 Longshore Avenue, Philadelphia, PA 19135-2219 |
| 14311202 | + | Alltran Financial LP, PO box 610, Sauk Rapids, MN 56379-0610 |
| 14311206 | + | Carrie Gerding, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14657985 | + | PHH MORTGAGE CORPORATION, C/O Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road Mount Laurel, NJ 08054-1218 |
| 14311223 | | RSC, P.O. box 5508, Sioux Falls, SD 57117 |
| 14311738 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311230 | | Water Revenue Bureau, 1415 JKF Blvd., 15th Floor, Philadelphia, PA 19105 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 26 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 26 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14383508 | | Email/Text: megan.harper@phila.gov | Apr 26 2024 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14311203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:19:28 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14315225 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2024 00:21:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14325742 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:20:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14351352 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:33:31 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14311207 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:21:16 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 14311208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:44:52 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

Case 19-12562-amc   Doc 55   Filed 04/28/24   Entered 04/29/24 00:30:26   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14311209 | + | Email/Text: documentfiling@lciinc.com | Apr 26 2024 23:52:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 14311210 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2024 00:20:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14311211 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 23:52:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14318191 | | Email/Text: mrdiscen@discover.com | Apr 26 2024 23:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14311212 | + | Email/Text: bknotice@ercbpo.com | Apr 26 2024 23:53:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14311213 | | Email/Text: BNSFN@capitalsvcs.com | Apr 26 2024 23:52:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14311214 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 26 2024 23:52:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14312841 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 26 2024 23:52:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14311216 | ^ | MEBN | Apr 26 2024 23:46:48 | FMS Inc, PO Box 707600, Tulsa, OK 74170-7600 |
| 14311215 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 27 2024 00:21:12 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14311217 | | Email/Text: reports@halstedfinancial.com | Apr 26 2024 23:52:00 | Halstead Financial Services LLC, PO box 828, Skokie, IL 60076 |
| 14318460 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:20:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14311218 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:20:30 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14340175 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:21:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14311219 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2024 00:21:08 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14311220 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 26 2024 23:52:00 | Mortgage Service Center/PHH Mortgage, Attn: Bankruptcy Department, Po Box 5452, Mount Laurel, NJ 08054-5452 |
| 14348429 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 26 2024 23:52:00 | PHH MORTGAGE CORPORATION, Attn Bankruptcy Department, PO Box 24605, West Palm Beach FL 33416-4605 |
| 14657986 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 26 2024 23:52:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14349132 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:19:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14311221 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:55:19 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14333934 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 26 2024 23:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14311222 | + | Email/Text: ngisupport@radiusgs.com | Apr 26 2024 23:52:00 | Radius, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 14312467 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2024 00:44:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14311224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:55:18 | Synchrony Bank/PC Richard, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 19-12562-amc    Doc 55    Filed 04/28/24    Entered 04/29/24 00:30:26    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14311225 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:19:28 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14311226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 27 2024 00:19:28 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334139 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:53:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14311227 | + | Email/Text: bncmail@w-legal.com | Apr 26 2024 23:53:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14311228 | | Email/Text: bankruptcy@uscbcorporation.com | Apr 26 2024 23:52:00 | Uscb Corporation, Attn: Bankruptcy, Po Box 75, Archbald, PA 18403 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14311204 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14311205 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14468542 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14470051 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14326683 | ##+ | VNB Loan Services Inc., PO Box 1015, Spring Valley NY 10977-0815 |
| 14311229 | ##+ | Valley National Bank Loan Services, 747 Chestnut Ridge Road, Suite 201, Chestnut Ridge, NY 10977-6225 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert Bernatovich help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 26, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert Bernatovich

    Debtor(s)

Case No: 19−12562−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/24