| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 19-12562-AMC

ROBERT BERNATOVICH
4610 LONGSHORE AVENUE
PHILADELPHIA  PA   19135

Petition Filed Date: 04/22/2019
341 Hearing Date: 05/31/2019
Confirmation Date: 11/06/2019

Case Status: Completed on 4/ 3/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $600.00 | 28833571225 | 09/14/2023 | $580.00 | 28833577953 | 10/18/2023 | $600.00 | 28833586132 |
| 11/14/2023 | $580.00 | 28833599046 | 12/20/2023 | $575.00 | 29126630597 | 01/09/2024 | $300.00 | 29126636335 |
| 01/18/2024 | $300.00 | 29126638653 | 02/08/2024 | $300.00 | 29126644154 | 02/14/2024 | $300.00 | 28996072470 |
| 03/05/2024 | $300.00 | 29290276045 | 03/08/2024 | $300.00 | 29126648406 | 04/03/2024 | $575.00 | 29290283425 |

**Total Receipts for the Period:  $5,310.00    Amount Refunded to Debtor Since Filing: $118.75   Total Receipts Since Filing: $35,050.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,083.61 | $567.24 | $516.37 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,539.47 | $805.90 | $733.57 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $3,197.13 | $1,673.65 | $1,523.48 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $1,168.41 | $611.62 | $556.79 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $410.47 | $214.90 | $195.57 |
| 6 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $570.70 | $298.77 | $271.93 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $908.22 | $475.48 | $432.74 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $941.41 | $492.82 | $448.59 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $2,160.71 | $1,131.11 | $1,029.60 |
| 10 | VALLEY NATIONAL BANK<br>»» 010 | Secured Creditors | $11,296.62 | $11,296.62 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,490.48 | $780.27 | $710.21 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $494.58 | $258.88 | $235.70 |
| 13 | MERRICK BANK<br>»» 013 | Unsecured Creditors | $975.85 | $510.83 | $465.02 |
| 14 | PHH MORTGAGE SERVICES<br>»» 014 | Mortgage Arrears | $610.70 | $610.70 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $2,274.63 | $1,190.73 | $1,083.90 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $6,344.37 | $3,321.24 | $3,023.13 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $1,792.08 | $938.11 | $853.97 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $829.90 | $434.42 | $395.48 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $510.31 | $267.14 | $243.17 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $3,267.86 | $1,710.68 | $1,557.18 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $255.83 | $255.83 | $0.00 |
| 0 | ERIK B JENSEN ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 22 | COMCAST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | ENHANCE RECOVERY CO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FIRST NATIONAL BANK/LEGACY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | USCB CORP | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT BERNATOVICH | Debtor Refunds | $118.75 | $118.75 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,050.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $31,965.69 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,084.31 | Total Plan Base: | $34,931.25 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.